■ In the Matter of the Estate of GRACE W. GERARD, Deceased. IRALA JACKSON et al., Appellants; CHARLES J. WALTER et al., Respondents.— In a proceeding to probate a certain written instrument, dated March 18, 1962, as the last will and testament of Grace W. Gerard, deceased, the proponents appeal from a decree of the Surrogate's Court, Suffolk County, entered June 2, 1964 after trial, upon a jury's verdict on framed issues, which denied probate to the propounded instrument, and, upon the Surrogate's subsequent decision, awarded: (a) costs to the contestants personally against the proponent Irala Jackson; and (b) $7,500 as compensation to the special guardian. Decree affirmed, with costs to the respondents filing separate briefs, payable out of the estate. No opinion. We have not passed upon the question of proponents' right to a counsel fee, costs and disbursements, since no provision with respect thereto is included in the decree appealed from. However, were that provision in the decree and before us we would not interfere with the discretion

exercised by the Surrogate, as indicated by his decision.     Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.